==========================================================================

# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>       NORTHERN       </u>  **DISTRICT OF**  <u>       NEW YORK       </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:07-cv-1097 (GLS/RFT)**

**LARRY OVERCASH**

    v.

**UNITED ABSTRACT GROUP, INC.
and AMERICAN CREDIT & COLLECTION,
LLC**

<u>           </u>     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>     X     </u>     **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that Overcash's Motion for Judgment (Dkt. No. 9) is GRANTED; that the Clerk of the Court shall enter judgment in favor of Overcash and against United Abstract and American Credit in the amount of $5,155, which amount consists of attorney's fees and costs totaling $3,155 for which the defendants are jointly and severally liable, and statutory damages of $1,000 per defendant, in accordance with the Decision and Order by U.S. District Judge Gary L. Sharpe, on March 10, 2008.**

<u>       **March 10, 2008**       </u>                                       <u>       **LAWRENCE K. BAERMAN**       </u>
                                                                                   CLERK OF THE COURT

                                                                   BY:    <u>    S/                              </u>
                                                                                DEPUTY CLERK
                                                                                   John Law